**No. 09-868. Ashbel T. Wall, II, Director, Rhode Island Department of Corrections, Petitioner v. Khalil Kholi.**

560 U.S. 903, 130 S. Ct. 3274, 176 L. Ed. 2d 1181, 2010 U.S. LEXIS 4006.

May 17, 2010. Motion of respondent for leave to proceed in forma pauperis

granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted.

Same case below, 582 F.3d 147.